FILED: June 3, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1605
(3:21-cv-00044-NKM-JCH)

_____

OLIVIA SABIN PEABODY

      Plaintiff - Appellant

v.

THE RECTORS & VISITORS OF THE UNIVERSITY OF VIRGINIA

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
| Originating Case Number | 3:21-cv-00044-NKM-JCH |
| Date notice of appeal filed in originating court: | 05/27/2022 |
| Appellant(s) | Olivia Sabin Peabody |
| Appellate Case Number | 22-1605 |
| Case Manager | Taylor Barton 804-916-2702 |